Another bill complains of the exclusion of certain testimony.

Neither of the bills of exceptions can be appraised in the absence of a statement of facts. We have found nothing of a fundamental nature justifying a reversal; nor are the criticisms of the court's charge or the refused special charges such as would enlighten this court as to their bearing upon the case in the absence of a statement of facts.

The judgment is affirmed.

## WOMACK v. STATE.
### No. 14056.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

E. J. Conn and C. W. Falvey, both of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is murder; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.